The following we adressed below will be Changing our address to:

255 main St Suite 201
Pawtucket RI 02860

CA 19 - 556 mooreno Bey

CA 19 - 557 Razin El

CA 19 - 564 Ahsan El Bey

CA 19 -526 - too Julisa Amuena Adonay El

CA 19 - 527 - Jaalel Jamhal Talib Abdullah Bey

CA 19 534 —— amirah Amarilis Bey

~~Bade Auguste~~

CA 19 537 —— ElIE Sanon Auguste El

CA 19 565 —— King-Dom El Bey

CA 19 535 —— Leonitus Jabir Bey

CA 19 576 — King Shema

FILED
2019 OCT 28 P 4: 02
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND