## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

LEONITUS JABIR BEY
    Plaintiff,

v.                                         C.A. No. 19-535-MSM-LDA

LT. ESPOSITO, et al.
    Defendants.

### **JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on November 15, 2019, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

It is so ordered.

November 15, 2019                      By the Court:

                                                 /s/ Hanorah Tyer-Witek.
                                                 Clerk of Court